1  SEMNAR & HARTMAN, LLP
2  Babak Semnar (SBN 224890)
   bob@sandiegoconsumerattorneys.com
3  Jared M. Hartman, Esq. (SBN 254860)
4  jared@sandiegoconsumerattorneys.com
   400 S. Melrose Dr., Suite 209
5  Vista, California 92081
   Telephone: (619) 500-4187
6  Fax: (888) 819-8230
7
8  Attorneys for Plaintiff, EVANGELINA BANKS
9
10             UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
11
12 EVANGELINA BANKS, an individual,    Case No.:  5:16-cv-02003-TJH-SP
13                                     **JOINT NOTICE OF SETTLEMENT
           vs.                         AND REQUEST TO VACATE
14                                     PENDING
15                                     DATES/DEADLINES/HEARINGS**
16 MEDICAL DATA SYSTEMS, INC.;
   DOES 1-10,
17
18         Defendants.
19
20 TO THE CLERK OF COURT AND HONORABLE U.S. DISTRICT COURT JUDGE:
21         PLEASE TAKE NOTICE, the Parties to this matter (Plaintiff EVANGELINA
22 BANKS and Defendant MEDICAL DATA SYSTEMS, INC.) have reached a
23 settlement in fact of all pending claims.
24         As such, the Parties hereby request that the Court vacate all pending
25 dates/deadlines/hearings in this matter.  The Parties anticipate needed approximately 45
26 days to finalize and execute all terms of settlement.  Thus, the Parties request that the
27 Court maintain jurisdiction for up to 45 days to enforce the agreement, if it should be
28 necessary.

1
**JOINT NOTICE OF SETTLEMENT**

1      By their respective electronic signatures below, the Parties assent to having
2 reviewed the instant document and agreed to its filing.
3   DATED: February 7, 2017         SEMNAR & HARTMAN, LLP

5                                /s/ Jared M. Hartman           ,
6                                Jared M. Hartman, Esq.
                                 Attorneys for Plaintiff

8   DATED: February 7, 2017         CARLSON & MESSER, LLP

10                               /s/ Shawn Eldridge           ,
                                 Shawn Eldridge, Esq.
11                                Attorneys for Defendant

Line numbers: 12–28

2

**JOINT NOTICE OF SETTLEMENT**