1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVANGELINA BANKS, an individual, | Case No.:  5:16-cv-02003-TJH-SP |
|  | **ORDER UPON JOINT MOTION TO DISMISS ENTIRE MATTER, WITH PREJUDICE  [JS-6]** |
| vs. | |
| MEDICAL DATA SYSTEMS, INC.; DOES 1-10, | |
| Defendants. | |

PLEASE TAKE NOTICE, the Parties to this matter (Plaintiff EVANGELINA BANKS and Defendant MEDICAL DATA SYSTEMS, INC.) jointly moved to dismiss this matter in full, all causes of action as to all parties, with prejudice.

The Parties' motion is GRANTED.  Each party is to bear its own costs and attorneys' fees.  This matter is now closed in full.  All hearings are now vacated.

IT IS SO ORDERED

DATED: March 3, 2017

_____,
Honorable Terry J. Hatter, Jr.,
U.S. District Judge

**ORDER UPON JOINT MOTION TO DISMISS**